IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARISOL SANTEE, | : | CIVIL ACTION |
| | : | NO. 12-04853 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

### O R D E R

**AND NOW**, this **30th** day of **June, 2014,** it is hereby **ORDERED** that:

(1) Plaintiff's objections are overruled;

(2) The Court **APPROVES** and **ADOPTS** Magistrate Judge Linda K. Caracappa's Report and Recommendation;

(3) Plaintiff's request for review is **DENIED**; and

(4) Judgment is entered in this matter in favor of Defendant.

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**